*Wednesday, October 18, 1995*

## MERIT DOCKET

**94–2181.** State ex rel. Linndale v. Teske. In Mandamus. *Sua sponte,* cause dismissed because an action for declaratory judgment is here an adequate remedy at law.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT and RESNICK, JJ., dissent and would grant the writ.

**95–1700.** Carrico v. Richland Cty. Common Pleas Court. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1704.** State ex rel. Davis v. Geyer. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1706.** Guess v. Officials. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1723.** Drabic v. Judges. In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1731.** State ex rel. Haley v. Second Dist. Court of Appeals. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

DOUGLAS, J., dissents and would grant an alternative writ.

**95–1737.** Guess v. Judges. In Mandamus. On motion to dismiss of Judges, Fourth District Court of Appeals, and on motion to dismiss of Judges, Juvenile Court. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1747.** State ex rel. Lake v. Judges of the Court of Appeals of Ohio, Tenth Appellate Dist. In Mandamus. *Sua sponte,* cause dismissed.

DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

MOYER, C.J., dissents and would grant an alternative writ.

**95–1755.** State ex rel. Young v. Wood Cty. In Mandamus. On answer of respondent Alan Mayberry. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1778.** State ex rel. Hamilton v. Cosgrove. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1791.** State ex rel. Smith v. Zent. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1833.** State ex rel. Potete v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.